# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

In re:  
ERIC S. ROBINSON,                              Chapter 13  
    Debtor.                                     Case No. 16-61913

## ORDER

The debtor, by counsel, filed a voluntary chapter 13 petition on September 25, 2016, but did not concurrently file his schedules, chapter 13 plan, and other required documents. ECF Doc. 1. Pursuant to Federal Rule of Bankruptcy Procedure 1007 and 3015, these items must be filed within fourteen (14) days of the petition date. The Court issued a deficiency order on September 27, 2016, requiring the debtor to file the outstanding items by October 11, 2016. ECF Doc. No. 6.

On the deadline date, counsel for the debtor filed a motion to extend the deadline. ECF Doc. No. 9. The motion states that counsel requires additional information to finalize the schedules and prepare the plan. Based on this, he requests an extension of time. In the motion, counsel for the debtor does not request a specific amount of time for the extension nor explain why he requires additional time.

As of the date of this Order, twenty four (24) days after the petition date, no schedules, statements or plan have been filed. The deficiency has not yet been cured. Counsel for the debtor has neither submitted a proposed order on his motion nor has he set the matter for hearing. Based on the lack of specificity and the absence of detail in motion, the Court is unable to determine the merits of this motion and thus denies the motion.

Accordingly, it is

**O R D E R E D**

That the motion to extend time to file the remaining schedules and chapter 13 plan, ECF Doc. No. 9, is **DENIED**.  The debtor shall have seven (7) days to file the remaining required documents or notice the matter for a hearing to be held on November 10, 2016, at 9:30 a.m. in Courtroom 100, US Courthouse, 255 West Main St., Charlottesville, VA 22902. Failure to file the schedules, plan and statements or a notice of hearing by October 26, 2016, shall result in dismissal of this case without further notice or hearing. *See*  11 U.S.C. §§ 521,  1307(c)(3), (10).

Copies of this order are directed to be sent to debtor, debtor's counsel, the chapter 13 trustee, and the U.S. Trustee.

Entered: October 19, 2016

_____
Rebecca B. Connelly
U.S. Bankruptcy Judge